UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MELINDA ROSE COOPERSMITH,  )
)
    Plaintiff,  )
)   NO. CV-10-279-JPH
    vs.  )
)   **JUDGMENT IN A**
MICHAEL J. ASTRUE,  )   **CIVIL CASE**
Commissioner of Social Security,  )
)
    Defendant.  )
)
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART, pursuant to sentence four**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 23rd day of June, 2011.

                                   JAMES R. LARSEN
                                   District Court Executive/Clerk

                              by: __s/ Karen White_____
                                    Deputy Clerk

cc: all counsel